UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WRIGHT,

      Plaintiff,

v.                                               Case No. 1:19-cv-779

                                                   Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED**.

Dated: March 22, 2021                              /s/ Ray Kent
                                                                       RAY KENT
                                                                     United States Magistrate Judge